**Dismissed and Memorandum Opinion filed December 3, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00856-CV

---

### CHRISTINA DE LA TORRE, Appellant

### V.

### AAG PROPERTIES, INC., Appellee

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-05829**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from the denial of a motion for summary judgment. Absent certain exceptions that do not apply here, an appellate court does not have jurisdiction to hear denied motions for summary judgment on appeal. *Ackermann v. Vordenbaum*, 403 S.W.2d 362, 365 (Tex.1966); *William Marsh Rice Univ. v. Coleman*, 291 S.W.3d 43, 45 (Tex. App.—Houston [14th Dist.] 2009, pet. dism'd).

On November 18, 2015, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before November 30, 2015. *See* Tex. R. App. P. 42.3(a). On November 19, 2015 appellant filed a response asking this court to consolidate this appeal with a petition for permissive appeal challenging the same order. Appellant's response alleges that the notice of appeal in this cause number was inadvertently filed. Appellant's response fails to demonstrate that this court has jurisdiction over this appeal. The court will consider the record filed in this interlocutory appeal when reviewing appellant's petition for permissive appeal.

Accordingly, appellant's motion to consolidate is denied and the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Brown.